IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.C.N. DEVELOPMENT, LLC, a Colorado limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>CIRBY DEVELOPMENT CORPORATION, a California corporation; YOUNG-INGEMANSON, a California general partnership; 1017 J STREET ASSOCIATES, a California general partnership; and MOUNTAIN VIEW HOLDINGS, LLC, a Nevada limited liability company,<br><br>            Defendants. | NO. 05-CV-0659 GEB (DAD)<br><br>ORDER |

        On May 17, 2005, Plaintiff filed a Request for Extended Argument ("Request") in response to Defendants' respective motions to expunge lis pendens. However, Plaintiff does not explain why extended argument is necessary. It will be decided at the hearing whether extended argument is "appropriate." Local Rule 78-230(h).

        Further, a portion of the Request is vaguely worded and could be construed as either seeking an evidentiary hearing or

1

1  additional time to argue evidence already submitted through
2  declarations.  But Plaintiff fails to explain why the evidence already
3  submitted needs augmentation.  Therefore, Plaintiff's request for an
4  evidentiary hearing is denied.
5          IT IS SO ORDERED.
6  Dated:  June 16, 2005

                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge