IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.C.N. DEVELOPMENT, LLC, a Colorado limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CIRBY DEVELOPMENT CORPORATION, a California corporation; YOUNG-INGEMANSON, a California general partnership; 1017 J STREET ASSOCIATES, a California general partnership; and MOUNTAIN VIEW HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants. | NO. 2:05-cv-0659-GEB-DAD<br><br>ORDER |

     On July 14, 2004, Defendants Young-Ingemanson, 1017 J Street Associates, and Mountain View Holdings (collectively "Young-Ingemanson"), and Cirby Development ("Cirby") filed a stipulation and proposed order ("Stipulation") seeking approval from the court to the assignment to Cirby of Young-Ingemanson's right to be awarded attorneys' fees and costs in an amount to be determined by the court pursuant to the court's order of June 24, 2005.  The Stipulation does

1  not explain the need for the court's assent to the stipulating
2  parties' assignment.  Therefore the stipulating parties' request is
3  denied.

           IT IS SO ORDERED.

Dated:  July 21, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge